UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| PERRY AVRAM MARCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARAMARK CORPORATION, ) <br> ARAMARK CORRECTION SERVICES, ) <br> LLC, JANE AMONETT, TONY BELL, ) <br> JEFFREY PEMPEIT, and UNNAMED ) <br> PERSONS, ) <br> ) <br> Defendants. ) | No. 3:17-CV-189-DCLC-HBG |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this pro se prisoner's complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Defendant Amonett's pending motion for extension of deadlines [Doc. 47] is **DENIED as moot**. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**E N T E R:**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT
  s/ *John L. Medearis*
  CLERK OF COURT